

FILED
CLERK, US DISTRICT COURT
AUG 29 2008
CENTRAL DISTRICT
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY PEOPLES,<br><br>  Plaintiff,<br><br>  v.<br><br>J. DAVIS, et al.,<br><br>  Defendants. | NO. CV 06-7366-JVS (AGR)<br><br>ORDER ADOPTING<br>MAGISTRATE JUDGE'S<br>REPORT AND<br>RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file *de novo*, including the First Amended Complaint, the Magistrate Judge's Report and Recommendation, the Objections, and all records in the file. Having made a *de novo* determination, the Court agrees with the recommendation of the Magistrate Judge.

The Court adopts the Magistrate Judge's Report and Recommendation with the following changes. The two sentences on Page 7, lines 7-11 of the Report and Recommendation should read as follows: "In his Proof of Exhausted Administrative Remedies ("Proof") filed on January 2, 2008, Plaintiff contends that he has reasonably pursued his administrative remedies despite interference by the Defendants. (Proof at 2.) He also argues that "further discovery will unveil

///

that Plaintiff had exhausted his administrative remedies." (Plaintiff's Decl. in Opp'n ¶ 25.)

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is adopted as corrected;
2. Defendants' Motion to Dismiss the unexhausted claims against all Defendants is GRANTED. The unexhausted claims against all Defendants are dismissed without prejudice;
3. Defendants' Motion to Dismiss the exhausted Eighth Amendment claims against Defendants McAllister, Davis, and Guilin is GRANTED. The exhausted Eighth Amendment claims against Defendants McAllister, Davis, and Guilin are dismissed with prejudice; and
4. Defendants' Motion to Dismiss the exhausted Fourteenth Amendment claims against Defendants McAllister, Davis, and Guilin is GRANTED WITH LEAVE TO AMEND. Plaintiff is granted leave to file a Second Amended Complaint which (a) contains only a Fourteenth Amendment claim against Defendants McAllister, Davis and Guilin for mishandling of Plaintiff's property; and (b) remedies the deficiencies set forth in the Report and Recommendation at pages 9-10. The Second Amended Complaint must be filed and served within thirty days of the date of this Order, bear the docket number assigned in this case, be labeled "Second Amended Complaint," and be complete in and of itself without reference to a previous complaint or any other pleading, attachment, or document.

DATED: 8.29.08

JAMES V. SELNA
United States District Judge

2