UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY PEOPLES, | ) | No. CV 06-7366-JVS (AGR) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| J. DAVIS, et al., | ) | |
| Defendant(s). | ) | |

Pursuant to the order dismissing complaint,

IT IS ADJUDGED that (1) the unexhausted claims in the complaint are dismissed without prejudice; and (2) the exhausted claims are dismissed with prejudice because they fail to state a claim upon which relief may be granted.

DATED: February 19, 2009

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE